1    DANIEL G. BOGDEN
      United States Attorney
2    J. GREGORY DAMM
      First Assistant United States Attorney
3    333 Las Vegas Boulevard South, Suite 5000
      Las Vegas, Nevada 89101
4    Telephone: (702)388-6336
      Fax: (702)388-5080

      **2013 SEP 13  A 9: 55**

5

6

7

8

                  UNITED STATES DISTRICT COURT

                     DISTRICT OF NEVADA

9

                         -oOo-

10

                        2:13-cr-00206-LDG-PAL

11    UNITED STATES OF AMERICA,    )    2:13-mj-00390-PAL

12         Plaintiff,             )    GOVERNMENT'S MOTION TO
                             )    UNSEAL SEARCH WARRANT,
13         vs.                  )    AFFIDAVIT, AND RELATED
                             )    MATERIALS
14    PREMISES KNOWN AS,         )
      5041 Nardini Avenue,          )
15    Las Vegas, NV 89141           )
                             )
16         Defendant.            )

17

18        COMES NOW the United States of America, by and through Daniel G. Bogden, United

19 States Attorney, and J. Gregory Damm, Assistant United States Attorney, and respectfully moves this

20 Honorable Court for an Order unsealing the above captioned affidavit in support of a Search Warrant.

21   //

22   //

23   //

24   //

25   //

26   //

1   There is no longer a need to seal the affidavit in the case as an indictment has been returned in case

2   number 2:13-cr-206-LDG-PAL, Teresa Ann Towns, et al.

3        This the 12th day of September, 2013.

4                         Respectfully Submitted,

5                         DANIEL G. BOGDEN

6                         United States Attorney

7                         J. GREGORY DAMM

8                         Assistant United States Attorney

   IT IS SO ORDERED:

9

10

11  UNITED STATES MAGISTRATE JUDGE

12

13  DATED: _September 17, 2013_

14

15

16

17

18

19

20

21

22

23

24

25

26