# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERESA ANN TOWNS,<br><br>    Defendant. | Case No. 2:13-cr-206-LDG (PAL)<br><br>**ORDER** |

The defendant, Teresa Ann Towns, has filed a document entitled "Motion Requesting New 2015 Guideline Money Table Retroactive to 2014 Based on Completion of Programs." #66.  A review of the paper establishes that the defendant is requesting that the Court reduce her sentence.  The Court lacks jurisdiction to do so.  Accordingly,

THE COURT **ORDERS** that defendant's Motion Requesting New 2015 Guideline Money Table Retroactive to 2014 Based on Completion of Programs" (#66) is DENIED.

DATED this 14 day of January, 2016.

Lloyd D. George
United States District Judge